PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00022-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSE ALBERTO CUYUCH-MENDEZ, | DATE: March 25, 2021 TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant Jose Alberto Cuyuch-Mendez, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 25, 2021.

2.      By this stipulation, the defendant now moves to continue the status conference until April 8, 2021, and to exclude time between March 25, 2021, and April 8, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has previously produced to defense counsel discovery associated with this case that includes over 100 pages of documents, as well as audio files.

b)      Counsel for the defendant desires additional time to consult with her client, review the current charges, conduct investigation and research related to the charges, and review discovery.

///

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 25, 2021 to April 8, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4      IT IS SO STIPULATED.

5

6

7 Dated:  March 18, 2021                  PHILLIP A. TALBERT
                                         Acting United States Attorney

8

9                                         /s/ SAM STEFANKI

10                                       SAM STEFANKI
                                       Assistant United States Attorney

11

12 Dated:  March 18, 2021                  /s/ MIA CRAGER

13                                       MIA CRAGER

14                                       Counsel for Defendant
                                       JOSE ALBERTO CUYUCH-MENDEZ

15

16                                    **ORDER**

17      IT IS SO ORDERED.

18 Dated:  March 23, 2021

19

20                                    MORRISON C. ENGLAND, JR.
                                    SENIOR UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28